# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD DAVIS; AND KIMBERLY DAVIS,

Appellants,

vs.

RON KLUG,

Respondent.

No. 72587

**FILED**

MAY 0 8 2017

*ORDER DISMISSING APPEAL*

This is an appeal from a district court order affirming a lower court denial of a motion to set aside a default, and reversing the denial of a motion to set aside the default judgment and remanding for additional findings. Eighth Judicial District Court, Clark County; James Crockett, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellants' case arose in either the municipal court or the justice court. The district court has final appellate jurisdiction over cases arising in both the municipal and justice courts. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976); *Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). We conclude, therefore, that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

cc: Hon. James Crockett, District Judge
Donald Davis
Kimberly Davis
Leah Martin Law
Eighth District Court Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A